Edwin J. Gill, appellant, v. Lisette Kellerhals and J. F. Hecht, appellees. Gen. No. 34,423.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed January 27, 1931.

Myron E. Wisch, for appellant; Sidney R. Tarkoff, of counsel. Cummings & Wyman, for appellees; Austin L. Wyman and Harold Engstrom, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.


Harry Silberg, plaintiff in error, v. Margaret Silberg, defendant in error. Gen. No. 34,484.

Heard in the second division of this court for the first district at the October term, 1930. Opinion filed January 27, 1931.

Walter P. Altenburg and J. V. DeLaney, for plaintiff in error. Arthur W. Dixon, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.


Sophie Knopp, defendant in error, v. Rose Knopp, plaintiff in error. Gen. No. 34,502.

Heard in the second division of this court for the first district at the October term, 1930. Opinion filed January 27, 1931. Rehearing denied February 7, 1931.

T. Fred Laramie, for plaintiff in error. James Percival Pio, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.


Richard J. Ward, appellee, v. Elgin, Joliet & Eastern Railway Company, appellant. Gen. No. 34,247.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed January 27, 1931. Rehearing denied February 7, 1931.

Knapp, Beye, Allen, Cochran & Cushing, for appellant; Joseph L. Earlywine and Paul R. Conaghan, of counsel. Murphy O. Tate and Schroeder & Metzger, for appellee; Werner W. Schroeder, of counsel.

Mr. Justice Gridley delivered the opinion of the court.